**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1787**

ANDREW U.D. STRAW,

             Plaintiff - Appellant,

     v.

UNITED STATES OF AMERICA,

             Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  J. Michelle Childs, District Judge.  (3:19-cv-02531-JMC)

Submitted:  September 22, 2020                    Decided:  September 24, 2020

Before NIEMEYER, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andrew U.D. Straw, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew U. D. Straw appeals the district court's order dismissing without prejudice his complaint based on *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Straw v. United States*, No. 3:19-cv-02531-JMC (D.S.C. June 29, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*